**MONEYCAT LTD., Appellant**

v.

**EBAY INC., Appellee**

**2016-1399, 2016-1405, 2016-1408**

United States Court of Appeals,
Federal Circuit.

Date January 18, 2017

**Keith RANIERE, Plaintiff-Appellant**

v.

**MICROSOFT CORPORATION, AT & T Corp., Defendants-Appellees**

**2016-1698, 2016-1699**

United States Court of Appeals,
Federal Circuit.

Date January 18, 2017

HOWARD N. WISNIA, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., San Diego, CA, argued for appellant. Also represented by SANDRA BADIN, Boston, MA; BRAD M. SCHELLER, New York, NY.

JARED BOBROW, Weil, Gotshal & Manges LLP, Redwood Shores, CA, argued for appellee. Also represented by BRIAN CHANG; SCOTT ANTHONY MCKEOWN, Oblon, McClelland, Maier & Neustadt, LLP, Alexandria, VA.

**JUDGMENT**

Per Curiam (Lourie, Wallach, and Hughes, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ROBERT DALE CROCKETT, Crockett & Associates, Santa Clarita, CA, argued for plaintiff-appellant. Also represented by CHASE TAJIMA, LISA DEARDEN TREPANIER.

CONSTANTINE L. TRELA, JR., Sidley Austin LLP, Chicago, IL, argued for all defendants-appellees. Defendant-appellee Microsoft Corporation also represented by RICHARD ALAN CEDEROTH, DOUGLAS LEWIS; JOSHUA JOHN FOUGERE, Washington, DC; ROBERT SETH REICH, JR., Dallas, TX.

CHRISTOPHER WOOD KENNERLY, Paul Hastings LLP, Palo Alto, CA, for defendant-appellee AT & T Corp. Also represented by STEPHEN BLAKE KINNAIRD, IGOR VICTOR TIMOFEYEV, Washington, DC.

**JUDGMENT**

Per Curiam (Lourie, Wallach, and Hughes, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**